IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE WATKINS                                                      PETITIONER

v.                    Civil No. 6:06-CV-6049

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

### JUDGMENT

**BEFORE** the Court is the Petition for Writ of Habeas Corpus filed by Petitioner and the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the Court hereby adopts *in toto* the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus should be and hereby is dismissed without prejudice.

**SIGNED** this 13th day of April, 2007.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 13 2007

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK